# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICARDO QUINTANA, SR.,**

        **Plaintiff,**

**v.**                                                  **Case No: 6:14-cv-442-Orl-28DAB**

**ATLANTIC SPECIALTY INSURANCE
COMPANY,**

        **Defendant.**

## ORDER

This case is before the Court on Defendant's response (Doc. 7) to the Court's Order to Show Cause why this action should not be remanded as improvidently removed (Doc. 6). The United States Magistrate Judge has submitted a report recommending that this case be remanded for lack of jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed April 8, 2014 (Doc. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    This case is remanded to the County Court, in and for Orange County, Florida, Case No. 2014-CC-1645-O.

3,    The Clerk of the Court is directed to remand this case to the County Court as set forth above and to then close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___20___ day of April, 2014.

JOHN ANTOON II
United States District

Copies furnished to:
Counsel of Record

2